UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BUDGET PREPAY, INC.                          CIVIL ACTION NO. 09-cv-0149

VERSUS                                       JUDGE STAGG

QWEST COMMUNICATIONS                         MAGISTRATE JUDGE HORNSBY
CORP.

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge

previously filed herein, and having thoroughly reviewed the record, including the written

objections filed, and concurring with the findings of the Magistrate Judge under the

applicable law;

**IT IS ORDERED** that the Motion to Stay and Compel Arbitration (Doc. 32) is

granted and Budget Prepay, Inc. is directed to submit to arbitration all of its claims asserted

in this case that it wishes to pursue.

**IT IS FURTHER ORDERED** that this case is stayed, and the Clerk of Court is

directed to administratively close the case, subject to the right of any party to file a motion

to reopen based on good cause.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ____27th____ day

of ___September___ 2010.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE